UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH M. KAISER,

       Plaintiff,                 Case No. 2:16-cv-11997
                                           Magistrate Judge Anthony P. Patti

v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## OPINION AND ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DE 10), GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (DE 11) AND AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY

    Plaintiff, Deborah M. Kaiser, brings this action under 42 U.S.C. §§ 405(g) and 1383(c)(3) for review of a final decision of the Commissioner of Social Security ("Commissioner") denying her applications for disability insurance (DI) and supplemental security income (SSI) benefits. Currently before the Court is Plaintiff's motion for summary judgment (DE 10), the Commissioner's cross-motion for summary judgment (DE 11), Plaintiff's reply (DE 12), and the administrative record (DE 7).

    The parties have consented to my authority. (DE 15.) A hearing was held on July 19, 2017, at which Plaintiff's counsel (Joshua T. McFarland) appeared in person and Defendant's counsel (AUSA Michael L. Henry) appeared by telephone.

For the reasons stated on the record, all of which are hereby incorporated by this reference as though fully restated herein, the Court concludes that the ALJ unerringly applied the correct legal standards in reaching her decision and that substantial evidence in the record supports her findings.  In sum, the ALJ did not err in her consideration of the opinion evidence, function report(s), medication side effects or past relevant work, and Plaintiff's Residual Functional Capacity is supported by substantial evidence.  Accordingly, Plaintiff's motion is **DENIED** (DE 10), Defendant's motion is **GRANTED** (DE 11), and the decision of the Commissioner of Social Security is **AFFIRMED.**

**IT IS SO ORDERED.**

Dated: July 20, 2017                    s/Anthony P. Patti
                                        Anthony P. Patti
                                        UNITED STATES MAGISTRATE JUDGE


**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on July 20, 2017, electronically and/or by U.S. Mail.

                                        s/Michael Williams
                                        Case Manager for the
                                        Honorable Anthony P. Patti