UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBORAH M. KAISER,

       Plaintiff,                      Case No. 2:16-cv-11997
                                            Magistrate Judge Anthony P. Patti

v.

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## **JUDGMENT**

In accordance with the order denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment entered on July 20, 2017,

It is **ORDERED AND ADJUDGED** that judgment is granted in favor of Defendant and against Plaintiff.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **AFFIRMED.**

Dated: July 20, 2017                  s/Anthony P. Patti
                                                Anthony P. Patti
                                                UNITED STATES MAGISTRATE JUDGE

2

## Certificate of Service

I hereby certify that a copy of the foregoing document was sent to parties of record on July 20, 2017, electronically and/or by U.S. Mail.

                                          s/Michael Williams
                                          Case Manager for the
                                          Honorable Anthony P. Patti